AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Wells Fargo Money Market Account | A | Interest | M | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. -Abbvie Inc Stock | B | Dividend | K | T | | | | | |
| 7. -Archer Daniels Midland Stock | B | Dividend | L | T | | | | | |
| 8. -Bristol Myers Squibb Stock | C | Dividend | L | T | | | | | |
| 9. -Cegene Corp Stock | A | Dividend | M | T | | | | | |
| 10. -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 11. -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 12. -Corning Inc Stock | B | Dividend | K | T | | | | | |
| 13. -Disney Stock | C | Dividend | N | T | | | | | |
| 14. -Exxon Stock | B | Dividend | K | T | | | | | |
| 15. -GE Stock | A | Dividend | J | T | | | | | |
| 16. -General Mills Stock | C | Dividend | L | T | | | | | |
| 17. -Halliburton Co Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hasbro Inc Stock | B | Dividend | L | T | | | | | |
| 19. -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 20. -IBM Stock | C | Dividend | L | T | | | | | |
| 21. -McCormick & Co Inc Stock | B | Dividend | M | T | | | | | |
| 22. -Merk & Co. Stock | C | Dividend | M | T | | | | | |
| 23. -Microsoft Stock | C | Dividend | N | T | | | | | |
| 24. -Oracle Corp Stock | B | Dividend | L | T | | | | | |
| 25. -PNC Financial Services Stock | B | Dividend | K | T | | | | | |
| 26. -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | M | T | Sold (part) | 04/10/18 | K | A | |
| 27. -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | L | T | | | | | |
| 28. -Principal Invs Fd Real Estate Secs Fd Cl A | C | Dividend | M | T | | | | | |
| 29. -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 30. -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 31. -Southern Company Stock | B | Dividend | K | T | | | | | |
| 32. -Vodafone Group Stock | B | Dividend | K | T | | | | | |
| 33. -Verizon Stock | A | Dividend | | | Sold | 04/10/18 | K | A | |
| 34. BROKERAGE ACCOUNT #1A | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -KY St Ppty & Bldgs Commn Revs Bond, 49151FPC8 | A | Interest | | | Redeemed | 11/01/18 | J | A | |
| 36. -Kenton Cnty Ky Sch Dist Bond, 491089VN5 | A | Interest | J | T | | | | | |
| 37. -KY St Ppty & Bldgs Bond, 49151E8F3 | A | Interest | J | T | | | | | |
| 38. -Harris Cnty Tx Mun Util Bond, 414972UQ0 | A | Interest | J | T | | | | | |
| 39. -Henry Cnty Ky Sch Dist Bond, 426569MF3 | A | Interest | J | T | | | | | |
| 40. -Leitchfield KY RFDG SER Bond, 525439DV4 | A | Interest | J | T | | | | | |
| 41. -KY St Ppty & Bldgs Bond, 49151FLY4 | A | Interest | J | T | | | | | |
| 42. -New Braunfels Tx CTF OBLG Bond, 642526KX4 | A | Interest | J | T | | | | | |
| 43. -Harris Cnty Tx Mun Util Bond, 413956GB3 | A | Interest | J | T | | | | | |
| 44. -Western Ky Univ Rvs Bond, 9585193P3 | A | Interest | J | T | | | | | |
| 45. -Fayette Cnty Ky Sch Dist Bond, 312432UK1 | A | Interest | J | T | | | | | |
| 46. -Hardin Cnty Ky Sch Dist Bond, 411873QM7 | A | Interest | J | T | | | | | |
| 47. -Bullitt Cnty Ky Sch Dist Bond, 120280QV7 | A | Interest | | | Redeemed | 04/02/18 | J | A | |
| 48. -Montgomery Cnty Tx Mun Bond, 613910RT7 | A | Interest | J | T | | | | | |
| 49. -Washington DC Met Area Tran Auth Bond, 938782DX4 | A | Interest | J | T | | | | | |
| 50. -Ky St PPT & Bldgs Bond, 49151FQE3 | A | Interest | | | Redeemed | 11/01/18 | J | A | |
| 51. -Boone Cnty Ky Sch Dist Bond, 098825YV8 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fayette Cnty Ky Sch Dist Fin Corp Bond, 31243UR6 | A | Interest | J | T | | | | | |
| 53. -Miami Dade Cnty Fl W&S Bond, 59334DGQ1 | A | Interest | J | T | | | | | |
| 54. -Harris Cnty Tx Mun Util Bond, 41421LCT3 | A | Interest | J | T | | | | | |
| 55. -Brushy Creek Regl Util Auth Tx Bond, 117467EA4 | A | Interest | J | T | | | | | |
| 56. -Ky St Ppty & Bldgs Commn RVS Bond, 49151FQC7 | A | Interest | | | Redeemed | 11/01/18 | J | A | |
| 57. -Ky St Ppty & Bldgs Commn Revs Bond, 49151FEE6 | A | Interest | J | T | | | | | |
| 58. -Franklin Ky RFDG & Impt Pub Proj Bond, 353622AR4 | A | Interest | J | T | | | | | |
| 59. -Ky St Ppty & Bldgs Commn Revs Bond, 49151E8R7 | A | Interest | J | T | | | | | |
| 60. -Louisville & Jefferson Cnty Ky Met Swr Dist bond, 546589d58 | A | Interest | J | T | Buy | 04/09/18 | J | | |
| 61. -Kentucky Rural wtr fin corp pub pj rev bond, 49140mun7 | A | Interest | J | T | Buy | 04/03/18 | J | | |
| 62. -Louisville & Jeff Cnty swr dist bond, 546589rx2 | A | Interest | J | T | Buy | 11/02/18 | J | | |
| 63. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 64. -Industrial Select Sector SPDR fund | A | Dividend | K | T | | | | | |
| 65. -Invesco TR Emerging Mkts Sov debt* | A | Dividend | K | T | | | | | |
| 66. -Ishares Russell 2000 fund | A | Dividend | K | T | Buy (add'l) | 04/18/18 | K | | |
| 67. | | | | | Sold (part) | 07/02/18 | J | A | |
| 68. | | | | | Sold (part) | 10/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 70. -Ishares Core MSCI emerging markets fund | A | Dividend | K | T | Buy | 10/02/18 | J | | |
| 71. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 72. -Ishares Core S&P Midcap fund | A | Dividend | K | T | Buy (add'l) | 04/03/18 | J | | |
| 73. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 74. -Ishares Core S&P 500 S&P 500 Index fund | B | Dividend | L | T | Buy (add'l) | 07/02/18 | K | | |
| 75. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 76. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 77. -Ishares Core US Aggregate Bond Fund | B | Dividend | L | T | Sold (part) | 04/03/18 | J | A | |
| 78. -Ishares IBOXXS high yield corp bond fund | A | Dividend | | | Buy | 04/03/18 | J | | |
| 79. | | | | | Sold | 10/02/18 | J | A | |
| 80. -Ishares S&P Midcap value fund | A | Dividend | K | T | | | | | |
| 81. -Ishares S&P midcap growth fund | A | Dividend | K | T | Sold (part) | 04/03/18 | J | A | |
| 82. Sector SPDR Technology Select fund | A | Dividend | K | T | Sold (part) | 04/03/18 | J | A | |
| 83. | | | | | Sold (part) | 10/02/18 | J | A | |
| 84. -Select Sector SPDR Financial fund | A | Dividend | K | T | Sold (part) | 10/02/18 | J | A | |
| 85. -Select Sector SPDR Health Care fund | A | Dividend | K | T | Sold (part) | 07/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Select Sector SPDR Consumer Discretionary fund | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 87. -SPDR Bloomberg Barclays High Yield Bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 88. -SPDR Dow Jones Global Real Estate | A | Dividend | J | T | | | | | |
| 89. -Vanguard FTSE Developed Mrks fund | B | Dividend | L | T | Buy (add'l) | 11/27/18 | J | | |
| 90. -Vanguard Index fds reas estate index* | A | Dividend | J | T | | | | | |
| 91. -Vanguard Intl Equity Index emerging mrkts fund | A | Dividend | K | T | Sold (part) | 04/03/18 | J | A | |
| 92. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 93. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 94. -Vanguard Short Term Corp Bond fund | A | Dividend | K | T | Buy | 04/03/18 | J | | |
| 95. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 96. -Wells Fargo Money Market account X | A | Interest | J | T | | | | | |
| 97. IRA #1 | | | | | | | | | |
| 98. -Europacific Growth Fd, cl A | A | Dividend | J | T | | | | | |
| 99. -Growth Fund America, Cl A | A | Dividend | J | T | | | | | |
| 100. -New Economy Fund SBI Cl A | A | Dividend | J | T | | | | | |
| 101. -Smallcap World Fd A | A | Dividend | J | T | | | | | |
| 102. -Wash Mutl Invs Fd Inc, Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. IRA #2 | | | | | | | | | |
| 104. -Wells Fargo Money Market account X | A | Interest | J | T | | | | | |
| 105. -Industrial Select Sector SPDR fund | A | Dividend | J | T | | | | | |
| 106. -Invesco Emerging Mkts Soveriegn debt fund* | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |
| 107. -Ishares Russell 2000 fund | A | Dividend | K | T | Buy (add'l) | 04/03/18 | J | | |
| 108. | | | | | Sold (part) | 07/02/18 | J | A | |
| 109. | | | | | Sold (part) | 10/02/18 | J | A | |
| 110. -Ishares core msci emerging markets fund | A | Dividend | J | T | Buy | 10/02/18 | J | | |
| 111. -Ishares Core S&P Midcap fund | A | Dividend | J | T | | | | | |
| 112. -Ishares Core S&P 500 fund | A | Dividend | K | T | Buy (add'l) | 07/02/18 | J | | |
| 113. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 114. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Sold (part) | 04/03/18 | J | A | |
| 115. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 116. -Ishares S&P Midcap 400 value fund | A | Dividend | J | T | | | | | |
| 117. -Ishares S&P Midcap 400 growth fund | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 118. -Ishares IBOXXSh high yield corp bond | A | Dividend | | | Buy | 04/03/18 | J | | |
| 119. | | | | | Sold | 10/02/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -SectorSPDR Tr Technology Select sector fund | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 121. | | | | | Sold (part) | 10/02/18 | J | A | |
| 122. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Sold (part) | 10/02/18 | J | A | |
| 123. -Select Sector SPDR FD Health care fund | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 124. -Select Sector SPDR Fd consumer discretionary fund | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 125. -SPDR Bloomberg Barclays high yield bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 126. -SPDR Dow Jones Global Real Estate fund | A | Dividend | J | T | | | | | |
| 127. -Vanguard FTSE Develeoped Marktets fund | A | Dividend | K | T | | | | | |
| 128. -Vanguard Intl Equity Index fds ftse emerging markets | A | Dividend | K | T | Sold (part) | 04/03/18 | J | A | |
| 129. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 130. -Vanguard Index fds real estate index fd* | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 131. -Vanguard Short Term corp bond fund | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 132. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 133. TRUST #1 | | | | | | | | | |
| 134. -Wells Fargo Money Mrkt Account | A | Int./Div. | J | T | | | | | |
| 135. -Industrial Select Sector fund | A | Dividend | J | T | | | | | |
| 136. Invesco TR II Emerging MKTS Sovereign Debt (FKA Powershares Em Mar) * | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Ishares Agency Bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 138. -Ishares Russell 2000 fund | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |
| 139. | | | | | Sold (part) | 10/02/18 | J | A | |
| 140. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 141. -Ishares Core S&P MSCI Emerging Markets fund | A | Dividend | J | T | Buy | 10/02/18 | J | | |
| 142. -Ishares US Preferred Stock fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 143. -Ishares core S&P Midcap fund | A | Dividend | K | T | Sold (part) | 10/02/18 | J | A | |
| 144. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 145. -Ishares core S&P 500 fund | A | Dividend | K | T | Buy (add'l) | 07/02/18 | J | | |
| 146. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 147. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 148. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy (add'l) | 04/03/18 | J | | |
| 149. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 150. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 151. -Ishares IBOXXS High Yield Corp Bond | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 152. | | | | | Sold (part) | 10/02/18 | J | A | |
| 153. -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | Buy (add'l) | 10/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 155. -Ishares MBS Fund | A | Dividend | K | T | Buy (add'l) | 11/27/18 | J | | |
| 156. -Ishares Tip Bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 157. -Sector SPDR Technology Select Sector fund | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 158. | | | | | Sold (part) | 10/02/18 | J | A | |
| 159. -Select Sector SPDR TR Real Estate Select fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 160. -Select Sector SPDR Financial fund | A | Dividend | J | T | Sold (part) | 10/02/18 | J | A | |
| 161. -Select Sector SPDR Health Care fund | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 162. -Select Sector SPDR Consumer Discretionary fund | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 163. -SPDR Bloomberg Barclays High Yield Bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 164. -Spdr Dow Jones Global Real Estate fund | A | Dividend | J | T | | | | | |
| 165. -Vanguard FTSE Developed Markets fund | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 166. -Vanguard Index FDS Real Estate Index Fund (FKA Vanguard REIT Fund)* | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 167. -Vanguard Intermediate Term Corp Bond fund | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 168. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 169. -Vanguard INTL Equity Index Emerging Mrkts fund | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 170. -Vanguard Short Term Corp Bd fund | A | Dividend | J | T | Buy | 04/03/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 172. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 173. TRUST #2 | | | | | | | | | |
| 174. -Well Fargo Money Mrkt Account | A | Interest | J | T | | | | | |
| 175. -Industrial Select Sector SPDR | A | Dividend | J | T | | | | | |
| 176. -Invesco TR II Emerging Mkts Sovereign Debt fund (FKA Powershares)* | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |
| 177. -Ishares Agency Bond fund | A | Dividend | | | Sold | 04/03/18 | J | | |
| 178. -Ishares Russell 2000 | A | Dividend | J | T | Buy (add'l) | 04/03/18 | J | | |
| 179. | | | | | Sold (part) | 10/02/18 | J | A | |
| 180. -Ishares Core MSCI Emerging Markets fund | A | Dividend | J | T | Buy | 10/02/18 | J | | |
| 181. -Ishares US Preferred Stock fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 182. -Ishares Core S&P Midcap fund | A | Dividend | K | T | Sold (part) | 10/02/18 | J | A | |
| 183. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 184. -Ishares core S&P 500 index fund | A | Dividend | J | T | Buy (add'l) | 07/02/18 | J | | |
| 185. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 186. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 187. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy (add'l) | 04/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 10/02/18 | J | | |
| 189. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 190. -Ishares IBOXXS High Yield Corp Bond fd | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 191. | | | | | Sold (part) | 10/02/18 | J | A | |
| 192. -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | Buy (add'l) | 10/02/18 | J | | |
| 193. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 194. -Ishares MBS MBB fund | A | Dividend | K | T | Buy (add'l) | 11/27/18 | J | | |
| 195. -Ishares Tip Bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 196. -Sector SPDR Tr Technology Select sector fund | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 197. | | | | | Sold (part) | 10/02/18 | J | A | |
| 198. -Select Sector SPDR Tr Real Estate Select Sector SPDR Fd | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 199. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Sold (part) | 10/02/18 | J | A | |
| 200. -Select Sector SPDR fd health care | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 201. -Select Sector SPDR fd consumer discretionary | A | Dividend | J | T | Sold (part) | 07/02/18 | J | A | |
| 202. -SPDR Bloomberg Barclays high yield bond fund | A | Dividend | | | Sold | 04/03/18 | J | A | |
| 203. -SPDR Dow Jones Global Real Estate | A | Dividend | J | T | | | | | |
| 204. -Vanguard FTSE Developed Markegts ETF fund | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Vanguard Index Fds Real Estate Index fd (FKA Vanguard REIT fd)* | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 206. -Vanguard Intermediate Term Corp bond fund | A | Dividend | J | T | Sold (part) | 04/03/18 | J | A | |
| 207. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 208. -Vanguard Intl Equity Index fds ftse emerging mkts | A | Dividend | J | T | Buy (add'l) | 11/27/18 | J | | |
| 209. -Vanguarde Short Term Corp Bond fd | A | Dividend | J | T | Buy | 04/03/18 | J | | |
| 210. | | | | | Buy (add'l) | 07/02/18 | J | | |
| 211. | | | | | Buy (add'l) | 11/27/18 | J | | |
| 212. 401(k) #1 | | | | | | | | | |
| 213. -American Funds Income Fnd R3 | A | Dividend | N | T | | | | | |
| 214. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | | | | | |
| 215. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |
| 216. Rental Agricultural Property, Henderson County, Ky ($57,036) | E | Rent | K | S | | | | | |
| 217. POP Investments, LLC (Aggregate Ownership Arrangement) | | | | | | | | | |
| 218. -Trust Govt obligatiosn Tax Managed Fund | A | Interest | K | T | | | | | |
| 219. -General Dynamics Corp Deb bond | A | Interest | K | T | Buy | 05/22/18 | J | | |
| 220. -Carmel In REDEV Auth Lease Rev bond | A | Interest | J | T | | | | | |
| 221. -Columbus-Franklin Cnty Oh Fin Rev bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Connecticut St Hlth & Ed Fac Rev Bond | A | Interest | J | T | Buy | 06/05/18 | J | | |
| 223. -Greene Cnty In Bldg Corp Rev bond | A | Interest | J | T | Buy | 12/06/18 | J | | |
| 224. -Missouri hlth & Ed Fac Rev bond | A | Interest | J | T | | | | | |
| 225. -New Hope Tx Cult Ed FACS Fin Rev bond | A | Interest | J | T | | | | | |
| 226. -New Jersey St Econ Dev Auth Rev bond | A | Interest | J | T | | | | | |
| 227. -South Washington Cnty Mn Ind bond | A | Interest | J | T | | | | | |
| 228. -University Central Arkansas Rev bond | A | Interest | J | T | | | | | |
| 229. -West Fargo ND Publ Schl Dist bond | A | Interest | J | T | Buy | 01/12/18 | J | | |
| 230. -Apple Inc Bond | A | Interest | J | T | | | | | |
| 231. -Bank of New York Mellon Corp bond | A | Interest | J | T | | | | | |
| 232. -Chevron Corp bond | A | Interest | J | T | | | | | |
| 233. -Cisco Systems Inc bond | A | Interest | J | T | | | | | |
| 234. -Disney Walt company new med deb bond | A | Interest | J | T | | | | | |
| 235. -Exxon Mobil Corp bond | A | Interest | J | T | | | | | |
| 236. -Intel Corp DEB bond | A | Interest | J | T | | | | | |
| 237. -JP Morgan Chase DEB bond | A | Interest | J | T | Buy | 05/21/18 | J | | |
| 238. -Merck & Co DEB bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Oracle Corp DEB bond | A | Interest | J | T | | | | | |
| 240. -Pepsico Inc DEB bond | A | Interest | J | T | | | | | |
| 241. -Phillip Morris Intl Inc DEB bond | A | Interest | J | T | | | | | |
| 242. -Qualcomm Inc DEB bond | A | Interest | J | T | | | | | |
| 243. -Simon Property Group LB DEB bond | A | Interest | J | T | | | | | |
| 244. -Target Corp DEB bond | A | Interest | J | T | | | | | |
| 245. -TJX Company inc DEB bond | A | Interest | J | T | | | | | |
| 246. -Visa Inc DEB bond | A | Interest | J | T | | | | | |
| 247. -Wells Fargo & Co DEB bond | A | Interest | J | T | | | | | |
| 248. -Gabelli Dividend & Income PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 249. -Georgia Power Co PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 250. -Invesco Ex PFD ETF preferred stock | A | Int./Div. | J | T | Buy | 05/16/18 | J | | |
| 251. -Public Storage PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 252. -Dodge & Cox Income Fd | A | Dividend | | | Sold | 07/27/18 | K | A | |
| 253. -Franklin Templeton Global Bond Fund | A | Int./Div. | J | T | | | | | |
| 254. -Principal Preferred Securities Inst | A | Dividend | | | Sold | 12/05/18 | J | A | |
| 255. -Janus Henderson Short Duration fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Vanguard Small Cap Value ETF fund | A | Dividend | | | Sold | 01/08/18 | K | E | |
| 257. -Fidelity Overseas fund | A | Dividend | L | T | Sold (part) | 11/05/18 | L | C | |
| 258. | | | | | Buy (add'l) | 12/14/18 | L | | |
| 259. -Fidelity Select Biotechnology Portfolio fund | A | Dividend | J | T | | | | | |
| 260. -Fidelity Small Cap Discvoery fund | A | Dividend | | | Buy (add'l) | 02/21/18 | J | | |
| 261. | | | | | Sold (part) | 06/07/18 | K | B | |
| 262. | | | | | Sold | 11/05/18 | K | A | |
| 263. -Oppenheimer Developing Markets fund | A | Dividend | K | T | Sold (part) | 11/05/18 | K | A | |
| 264. | | | | | Buy (add'l) | 12/17/18 | L | | |
| 265. | | | | | Sold (part) | 12/17/18 | K | A | |
| 266. -Vanguard Small cap Index investor class fund | A | Dividend | J | T | Buy | 11/05/18 | J | | |
| 267. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 268. -T Rowe Price Mid Cap Growth | A | Dividend | M | T | | | | | |
| 269. -Vanguard Explorer Fund | A | Dividend | | | Buy (add'l) | 02/21/18 | J | | |
| 270. | | | | | Buy (add'l) | 06/11/18 | K | | |
| 271. | | | | | Sold (part) | 07/30/18 | K | C | |
| 272. | | | | | Sold | 11/05/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  -AT&T Inc stock | A | Dividend | | | Sold (part) | 02/21/18 | J | A | |
| 274. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 275. | | | | | Sold | 11/26/18 | J | A | |
| 276.  -Alliant Corp Stock | A | Dividend | J | T | Sold (part) | 01/08/18 | K | D | |
| 277.  -Alphabet Inc stock | A | Dividend | J | T | | | | | |
| 278.  -Amazon Stock | A | Dividend | L | T | | | | | |
| 279.  -Apache corporation stock | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 280.  -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 281.  -Berkshire Hathaway inc stock | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 282. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 283.  -Boeing co stock | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 284.  -Big Lots Inc stock | A | Dividend | | | Sold | 04/12/18 | J | A | |
| 285.  -Biogen Inc stock | A | Dividend | | | Sold | 04/12/18 | J | A | |
| 286.  -Broadcom LTD stock | A | Dividend | J | T | | | | | |
| 287.  -Celgene Corp Stock | A | Dividend | K | T | | | | | |
| 288.  -Chevron Corp Stock | A | Dividend | K | T | Sold (part) | 02/21/18 | J | B | |
| 289.  -Chubb Corp Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Citigroup Inc stock | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 291. -Costco Whsl Corp stock | A | Dividend | J | T | | | | | |
| 292. -CSX Corp stock | A | Dividend | J | T | | | | | |
| 293. -Disney Company stock | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 294. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 295. -DowDupont Inc stock | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 296. -East West Bancorp Inc Stock | A | Dividend | K | T | | | | | |
| 297. -Eaton Corp stock | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 298. -Enbridge Inc | A | Dividend | K | T | Sold (part) | 01/08/18 | J | D | |
| 299. -Exxon Mobil Corp Stock | A | Dividend | K | T | | | | | |
| 300. -Fidelity Tr MSCI REIT ETF | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 301. -General Dynamics Corp stock | A | Dividend | K | T | | | | | |
| 302. -General Electric Co Stock | A | Dividend | J | T | Sold (part) | 04/03/18 | J | C | |
| 303. -Gilead Sciences Inc Stock | A | Dividend | K | T | | | | | |
| 304. -Global x mlp & energy infrastructure etf | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 305. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 306. | | | | | Sold (part) | 03/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Home Depot stock | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 308. -Intel Corp Stock | A | Dividend | K | T | | | | | |
| 309. -JP Morgan Chase & Co. Stock | A | Dividend | K | T | | | | | |
| 310. -Johnson & Johnson Stock | B | Dividend | K | T | | | | | |
| 311. -Lam Research Corp stock | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 312. -Lockheed Martin Corp stock | A | Dividend | | | Sold | 04/05/18 | J | A | |
| 313. -Linde PLC EUR stock | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 314. -McDonalds Corp stock | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 315. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 316. -Medtronic PLC stock | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 317. -Microsoft Corp stock | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 318. -Mondelez International Inc stock | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 319. -Monster Beverage Corp Stock | A | Dividend | K | T | Sold (part) | 01/08/18 | J | C | |
| 320. -Netflix inc stock | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 321. | | | | | Buy (add'l) | 11/26/18 | J | | |
| 322. -Nike inc stock | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 323. -Nucor Corp stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Oracle Corp Stock | A | Dividend | K | T | | | | | |
| 325. -Packaging Corp Amer Stock | A | Dividend | K | T | Sold (part) | 04/05/18 | J | B | |
| 326. -Pepsico Inc stock | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 327. -PPG INDS inc stock | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 328. -PNC Finl Svcs Group Inc stock | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 329. -Procter & Gamble Co | A | Dividend | K | T | Sold (part) | 08/21/18 | J | C | |
| 330. -Prudential Financial stock | A | Dividend | J | T | Buy | 11/02/18 | J | | |
| 331. -Rockwell Collins Inc stock | A | Dividend | | | Sold (part) | 04/05/18 | J | A | |
| 332. | | | | | Sold | 12/05/18 | J | B | |
| 333. -Salesforce.com stock | A | Dividend | J | T | Buy (add'l) | 01/08/18 | J | | |
| 334. -SBA Communications Corp Stock | A | Dividend | J | T | Sold (part) | 04/05/18 | J | D | |
| 335. -Sherman Wllliams Co Stock | A | Dividend | J | T | | | | | |
| 336. -Starbucks Corp stock | A | Dividend | | | Sold | 09/11/18 | J | A | |
| 337. -T-Mobile US stock | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 338. -TJX companies stock | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 339. -Unilever stock | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 340. -United Technologies corp stock | A | Dividend | J | T | Buy (add'l) | 12/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -United Health Group stock | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 342. -Verizon Communications stock | A | Dividend | J | T | Buy | 11/26/18 | J | | |
| 343. -Visa inc stock | A | Dividend | J | T | Buy | 01/08/18 | J | | |
| 344. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 345. -Vodafone Group stock | A | Dividend | | | Sold | 11/02/18 | J | A | |
| 346. -Walgreens Boots Alliance Inc stock | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 347. -Waste Management inc stock | A | Dividend | J | T | Buy | 04/05/18 | J | | |
| 348. -Walmart Inc stock | A | Dividend | | | Buy | 01/08/18 | J | | |
| 349. | | | | | Buy (add'l) | 04/05/18 | J | | |
| 350. | | | | | Sold | 04/12/18 | J | A | |
| 351. -Schlumberger LTD stock | A | Dividend | | | Buy | 02/21/18 | J | | |
| 352. | | | | | Sold | 11/02/18 | J | A | |
| 353. -ALIBABA group holding stock | A | Dividend | | | Buy | 04/12/18 | J | | |
| 354. | | | | | Sold | 11/02/18 | J | A | |
| 355. -Royal Carribean Cruises stock | A | Dividend | | | Buy | 04/12/18 | J | | |
| 356. | | | | | Sold | 11/02/18 | J | A | |
| 357. -Facebook stock | A | Dividend | | | Buy | 07/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 359. | | | | | Sold | 11/23/18 | J | A | |
| 360. -Fidelity Small capdiscovery fund | A | Dividend | | | Buy | 07/30/18 | J | | |
| 361. | | | | | Sold | 06/07/18 | J | A | |
| 362. -Vanguard total international stock index fund | A | Dividend | | | Buy | 11/05/18 | K | | |
| 363. | | | | | Sold | 12/14/18 | K | A | |
| 364. -Vanguard emerging Mkts stock index fund | A | Dividend | | | Buy | 11/05/18 | K | | |
| 365. | | | | | Sold | 12/14/18 | K | A | |
| 366. TRUST #3 | | | | | | | | | |
| 367. -Fifth Third Banksafe Trust Money Market Account | A | Interest | J | T | | | | | |
| 368. -Dodge & Cox Income fd | A | Dividend | | | Sold | 07/09/18 | K | A | |
| 369. -Doubleline Total Return Bond I | A | Dividend | | | Sold | 07/09/18 | J | A | |
| 370. -Accenture PLC Class A Stock | A | Dividend | | | Sold (part) | 07/10/18 | J | A | |
| 371. | | | | | Sold | 07/13/18 | J | D | |
| 372. -Chubb Limited stock | A | Dividend | | | Sold | 07/10/18 | J | B | |
| 373. -AT&T Stock | A | Dividend | | | Sold | 07/10/18 | J | C | |
| 374. -Apple Inc Stock | A | Dividend | | | Sold (part) | 07/13/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 11/13/18 | K | E | |
| 376. -Big Lots Inc stock | A | Dividend | | | Sold | 03/14/18 | J | A | |
| 377. -Biogen IDEC stock | A | Dividend | | | Sold | 03/26/18 | J | A | |
| 378. -Celgene Corp Stock | A | Dividend | | | Sold (part) | 07/13/18 | J | B | |
| 379. | | | | | Sold | 11/13/18 | J | C | |
| 380. -Citigroup Inc Stock | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 381. | | | | | Sold | 11/13/18 | J | A | |
| 382. -Conoco Phillips Stock | A | Dividend | | | Sold | 07/10/18 | J | C | |
| 383. -Danaher Corp stock | A | Dividend | | | Sold | 11/13/18 | J | A | |
| 384. -East West Banccorp stock | A | Dividend | | | Sold | 11/13/18 | J | A | |
| 385. -Ecolab Inc Stock | A | Dividend | | | Sold (part) | 07/13/18 | J | C | |
| 386. | | | | | Sold | 11/13/18 | K | D | |
| 387. -General Dynamics Corp | A | Dividend | | | Sold | 07/10/18 | J | B | |
| 388. -Home Depot Inc stock | A | Dividend | | | Sold (part) | 07/13/18 | J | A | |
| 389. | | | | | Sold | 07/13/18 | J | A | |
| 390. -Ishares S&P Global INFRA index fund | A | Dividend | | | Buy | 02/05/18 | K | | |
| 391. | | | | | Sold | 07/13/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -Johnson & Johnson Stock | A | Dividend | | | Sold (part) | 07/10/18 | J | C | |
| 393. | | | | | Sold (part) | 07/13/18 | J | B | |
| 394. | | | | | Sold | 11/13/18 | J | D | |
| 395. -Mastercard Inc Stock | A | Dividend | | | Sold | 11/13/18 | K | D | |
| 396. -Microsoft Corp Stock | A | Dividend | | | Sold (part) | 07/10/18 | J | D | |
| 397. | | | | | Sold (part) | 07/13/18 | J | D | |
| 398. | | | | | Sold | 11/13/18 | K | E | |
| 399. -Monster Beverage Corp Stock | A | Dividend | | | Sold (part) | 07/13/18 | J | B | |
| 400. | | | | | Sold | 11/13/18 | J | C | |
| 401. -Nextera Energy Inc Stock | A | Dividend | | | Sold (part) | 07/10/18 | K | F | |
| 402. | | | | | Sold | 11/13/18 | K | D | |
| 403. -Occidental Pete Corp Stock | A | Dividend | | | Sold | 07/10/18 | J | C | |
| 404. -Royal Dutch Shell stock | A | Dividend | | | Sold | 07/10/18 | J | B | |
| 405. -Sherman Williams Co. Stock | A | Dividend | | | Sold (part) | 07/10/18 | J | B | |
| 406. | | | | | Sold | 11/13/18 | J | C | |
| 407. -Starbucks corp stock | A | Dividend | | | Sold | 07/10/18 | J | A | |
| 408. -Verizon Communications Stock | A | Dividend | | | Sold (part) | 07/10/18 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 11/13/18 | K | D | |
| 410.   -SPDR S&P Biotech etf fund | A | Dividend | | | Buy | 03/26/18 | K | | |
| 411. | | | | | Sold | 07/13/18 | K | B | |
| 412.   -Schwab 1000 Index Fund | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The security listed as Powershares Em Mar Sov fund at lines 90, 144, 197 and 244 on my 2017 disclosure changed its name on June 4, 2018, to Invesco TR II Emerging Markets Sovereign Debt, listed on lines 65, 106, 136, and 176 in this disclosure.

The security listed as Vanguard REIT fund at lines 120, 157, 221 and 264 of my 2017 disclosure is now described as Vanguard Index FDS Real Estate Index fund at lines 90, 130, 166, and 205 of this disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544